**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000515
06-AUG-2021
09:21 AM
Dkt. 62 OCOR**

NO. CAAP-16-0000515

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
SAMUEL K. KAEO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DCW-15-0002103)

ORDER OF CORRECTION

IT IS HEREBY ORDERED that the Opinion of the court, filed on June 29, 2021, is hereby corrected as follows:

At page 7, line 1 from the top, "Gilboney" should be "Giboney" so the line reads as follows:

> either spoken, written, or printed."
> Id. (quoting Giboney v.

At page 13, middle of the page, first line after the second block quote, change "emphasis" to plural, so the line reads as follows:

> (emphases added).

At page 17, line 17 from the bottom, delete "quotation marks and" within the parentheses, so the line reads as follows:

library quietly until the police
arrived."  Id. (brackets omitted).

At page 20, footnote 12, second line, the "E" in "Evils" should be a lowercase "e" so the line reads as follows:

**§703-302 Choice of evils**.  (1) Conduct which the
actor

At page 21, line 10 from the top, the "S" in "See" should be a lowercase "s" so the line reads as follows:

302(1); see also HRS § 703-300 (2014)
("'Believes' means

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, August 6, 2021.

/s/ Lisa M. Ginoza
Chief Judge